1   Eric K. Fogderude  # 070860
2   FLETCHER & FOGDERUDE, INC.
    5412 N Palm Ave # 101
3   Fresno, CA  93704
    Telephone:  559-431-9710
4   Attorney for Defendant,  BRADLEY JAMES GHILARDUCCI

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No.  1:13-CR-00241- LJO

12                 Plaintiff,            **STIPULATION TO CONTINUE
                                         STATUS HEARING AND ORDER**
13       v.                             **THEREON  (note time change)**

14  BRADLEY JAMES GHILARDUCCI,
                                         **Date:  December 16, 2013**
15                 Defendant.            **Time:  8:30 a.m.**
                                         **Judge: Honorable Lawrence J. O'Neill**
16                                       **United States Magistrate**

17

18                          **STIPULATION**

19        It is hereby stipulated by and between the parties hereto that the change of plea hearing in

20  the above entitled matter now set for December 16, 2013, may be continued to January 27, 2014

21  at 8:30 a.m..

22        The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7)

23  (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

24  public and the defendant in a speedy trial, since the failure to grant such a continuance would

25  deny counsel for the defendant the reasonable time necessary for effective preparation, and plea

26  negotiations taking into account the exercise of due diligence.

27        Good cause exists for the continuance because since originally calendaring the hearing for

28

                                         1

December 16, 2013, a material revision to the proposed plea agreement has been made pursuant to the request of the defense.  Because of scheduling conflicts with defense counsel's calendar and because the defendant resides in Bakersfield and does not drive, defense counsel will need approximately two weeks to review the final agreement with the defendant. Because of calendar conflicts, the best day for scheduling the change of plea hearing for the revised plea agreement is January 27, 2014 at 8:30 a.m.


DATED:  December 11, 2013                 FLETCHER & FOGDERUDE, INC.

                                           /s/ Eric K. Fogderude                        .
                                          ERIC K. FOGDERUDE
                                          Attorney for Defendant, DOUGLAS SHORT



DATED: December 11, 2013                  Benjamin B. Wagner

                                          United States Attorney

                                          /s/ Michael Tierney                          .
                                          MICHAEL TIERNEY
                                          Assistant US Attorney

**ORDER**

        IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the court grants the stipulation that the change of plea hearing be continued from December 16, 2013 at 8:30 a.m. to January 27, 2014 at 8:15 a..m. before the undersigned.



IT IS SO ORDERED.

   Dated:   **December 11, 2013**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2