Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,  BRADLEY JAMES GHILARDUCCI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>         v.<br><br>BRADLEY JAMES GHILARDUCCI,<br><br>                               Defendant. | No.  1:13-CR-00241- LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>Date:  June 6, 2014<br>Time:  1:00 p.m.<br>Judge: Honorable Lawrence J. O'Neill<br>           United States Magistrate |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 14, 2014 at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing to June 6, 2014 at 8:30 a.m. before United States District Judge Lawrence J. O'Neill.

3. The continuance of the sentencing hearing is being requested by the defendant.  The defendant has proposed to provide information to the government regarding an unrelated  matter.

The defendant needs additional time to consult with counsel and to meet with and

1

provide his information to the government. The parties would then need time to evaluate the provided information in the context of the unrelated matter, and in light of the applicable factors at sentencing. The defendant requests that the sentencing hearing be continued to June 6, 2014 in the interest of justice to provide sufficient time for these steps to be completed.

4. The government has no objection to the defendant's request to continue the sentencing hearing.

5. The parties believe that the requested continuance is in the interest of justice and would likely result in a more efficient sentencing proceeding.

6. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

DATED:  March 24, 2014         FLETCHER & FOGDERUDE, INC.

 /s/ Eric K. Fogderude                    .
ERIC K. FOGDERUDE
Attorney for Defendant, BRADLEY GHILARDUCCI


DATED: March 24, 2014          Benjamin B. Wagner

United States Attorney

/s/ Michael Tierney                      .
MICHAEL TIERNEY, Assistant US Attorney

///

///

///

2

///

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS SO ORDERED that the sentencing hearing as to defendant BRADLY GHILARDUCCI is continued from April 14, 2014 to June 6, 2014 at 8:30 a.m. and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated: **March 25, 2014**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE