1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8           IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  1:13-CR-00241-LJO

12              Plaintiff,            **FINAL ORDER OF FORFEITURE**

13         v.

14 BRADLEY JAMES GHILARDUCCI,

15              Defendant.

16

17

18      WHEREAS, on February 24, 2014, this Court entered a Preliminary Order of

19 Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement

20 entered into between plaintiff and defendant Bradley James Ghilarducci  forfeiting to the

21 United States the following property:

22         a.  Gray computer tower bearing no serial or model number, seized
               from defendant by law enforcement on or about September 5, 2012;
23
24         b.  Black computer tower bearing no serial or model number, seized
               from defendant by law enforcement on or about September 5, 2012;and
25
           c.  Large black computer tower bearing no serial or model number, seized
26             from defendant by law enforcement on or about September 5, 2012.

27      AND WHEREAS, beginning on March 1, 2014, for at least 30 consecutive days, the

28 United States published notice of the Court's Order of Forfeiture on the official internet

Final Order of Forfeiture              1

1    government forfeiture site www.forfeiture.gov.  Said published notice advised all third

2    parties of their right to petition the Court within sixty (60) days from the first day of

3    publication for a hearing to adjudicate the validity of their alleged legal interest in the

4    forfeited property;

5        AND WHEREAS, the Court has been advised that no third party has filed a claim

6    to the subject property and the time for any person or entity to file a claim has expired.

7        Accordingly, it is hereby ORDERED and ADJUDGED:

8        1.    A Final Order of Forfeiture shall be entered forfeiting to the United

9    States of America all right, title, and interest in the above-listed property pursuant to 18

10   U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of

11   Bradley James Ghilarducci.

12       2.    All right, title, and interest in the above-listed property shall vest

13   solely in the name of the United States of America.

14       3.    The United States Department of Homeland Security, Customs and

15   Border Protection, shall maintain custody of and control over the subject property until it

16   is disposed of according to law.

17

18   IT IS SO ORDERED.

19       Dated:   **June 6, 2014**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Final Order of Forfeiture                    2